**Billy WHITE, Plaintiff—Appellant,**

v.

**Sergeant TAYLOR, Defendant—
Appellee,**

and

**Dean Brochard, Chief Psychologist,
Defendant.**

No. 03–7340.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 28, 2004.

Decided Feb. 20, 2004.

Billy White, Appellant pro se. Christopher Garrett Hill, Philip Carlton Hollowell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Billy White appeals the magistrate judge's orders denying his motions for appointment of counsel in his suit under 42 U.S.C. § 1983 (2000).* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See White*

---

* The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C.

*v. Taylor,* No. CA–02–385 (E.D.Va. Sept. 22, 2002; July 24, 2003; Aug. 20, 2003). We also deny White's motion for appointment of counsel on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*